ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE LUGO III,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:26-CV-00886-JDP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 13, 2026, up to and including August 12, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 3) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to complete the Commissioner's brief in light of the Defendant's undersigned counsel's current workload. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed four responsive briefs and four settlement memoranda, whilst

being out of the office for approximately a week and a half. In addition to this case, counsel has ten upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: July 10, 2026 By: /s/ *Paul Sachelari**
(*as authorized via e-mail on July 10, 2026)
PAUL SACHELARI
Attorney for Plaintiff

Dated: July 10, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1 – Law & Policy
Social Security Administration

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 12, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE